# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Massey, James E. | 2. Court or Organization  U. S. Bankruptcy Court, ND GA | 3. Date of Report  05/01/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☐ Annual  ☑ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2013  to  04/30/2014 |

**7. Chambers or Office Address**

1252 U.S.Courthouse
75 Spring Street
Atlanta, Georgia 30303

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 (settled by deceased friend) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/01/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bankruptcy Section of the State Bar of Georgia, Ga Institute for Continuing Legal Ed. | 12/04/2014 to 12/06/2014 | Greensboro, GA | Seminar on Bankruptcy Law | Meals, Parking , Hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/01/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute | Seminar 2013 - Registration fee waived | $725.00 |
| 2. | Southeastern Bankruptcy Law Institute | Seminar 2014 - Registration fee waived | $725.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State St. Bank & Trust Co., Trustee IRA - Crawford Retiremen | | None | O | T | | | | | |
| 2. Teachers Ins. & Annuity Association (TIAA Tradtional) | | None | K | T | | | | | |
| 3. Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 4. La Banque Postale Account #1 | A | Interest | K | T | | | | | |
| 5. La Banque Postale Account #2 | A | Interest | J | T | | | | | |
| 6. La Banque Postale Account #3 | | None | J | T | | | | | |
| 7. College Savings Iowa Account 1 Growth Portfolio | | None | K | T | | | | | |
| 8. College Savings Iowa Account 2 Growth Portfolio | | None | J | T | | | | | |
| 9. Rollover IRA (Fidelity Cash Reserves) | A | Dividend | L | T | | | | | |
| 10. Bank of America Accounts | A | Interest | K | T | | | | | |
| 11. | | | | | | | | | |
| 12. Assets of Friend 's Trust (Lines 14-22) | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. Trust # 1 | | | | | | | | | |
| 15. - Bank of America Checking Account | | None | J | T | | | | | |
| 16. - Bank of America (Certif. of Deposit) | A | Interest | L | T | Buy | 02/22/13 | M | | |
| 17. --- Withdrawal from C/D | | | | | Redeemed (part) | 04/26/13 | L | | Funds To BOA Trust Acct |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/01/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --- Renewal of C/D | | | | | Buy | 11/22/13 | L | | |
| 19. - Brokerage Account No. 1 for Trust # 1 at Fidelity Invest. | A | Interest | | | Distributed (part) | 02/06/13 | | | To Beneficiaries BOA Trst |
| 20. | | | | | Distributed | 03/27/13 | J | | To BOA Trust Acct Line 15 |
| 21. | | | | | Closed | 03/31/13 | | | |
| 22. - Brokerage Account No. 2 for Trust # 1 at Charles Schwab | A | Interest | | | Distributed (part) | 02/04/13 | | | To Fidelity Acct Line 18 |
| 23. | | | | | Distributed | 03/20/13 | J | | To BOA Trust Acct Line 15 |
| 24. | | | | | Closed | 03/31/13 | | | |
| 25. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Massey, James E. | 05/01/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

3. (Part I) I serve as the Trustee of a Trust created by a close family friend, who died in 2012.

2. (Part V) The Southeastern Bankruptcy Law Institue is a not-for-profit organization that sponsors an annual seminar on bankruptcy.

3   (Part VII)

Line 1 - State Street Bank & Trust Co. is the Trustee for IRAs that are managed in the group trusts by Crawford Investment Counsel, that are not self-directed and that invest in publicly traded stocks and bonds.

Lines 12-24 reflect assets and transactions in the Trust of a deceased family friend, disclosed in Part I, for which I serve as the sole Trustee.

Lines 19-21   The only asset in this brokerage account during the period of this report was cash. Checks written on this account for distributions to beneficiares and for deposit in the Trust Account at Bank of America shown on Line 15 cleared on various dates beginning on 02/06/13 and ending on 02/25/13. The transfer on Line 20 resulted in a zero balance and the account was closed at that end of the same month.

Lines 22-24   The only asset in this second brokerage account during the period of this report was cash, which was transferred to the first brokerage account shown on Line 19 or to the Trust Account at Bank of America as indicated. The transfer on Line 23 resulted in a zero balance and the account was closed at that end of the same month.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Massey**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544